## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Richard Rogers

     Plaintiff,

v.

            Case No.: 1:19–cv–03083
            Honorable Matthew F. Kennelly

BNSF Railway Company

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2019:

  MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 10/31/2019. Defendant's motion to dismiss [19] is denied. Defendant is directed to file their answer to the complaint by 11/21/2019. Status hearing is set for 11/25/2019 at 9:00 a.m. Parties are to discuss a discovery schedule before the next hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.