**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RICHARD ROGERS, individually and on behalf of similarly situated individuals,

*Plaintiff*,

v.

BNSF RAILWAY COMPANY,

*Defendant*.

No. 19-cv-03083

Hon. Matthew F. Kennelly

**INDEX OF EXHIBITS TO PLAINTIFF'S L.R. 56.1 RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AND ADDITIONAL STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Deposition of Carlos Reyes of Defendant |
| 2 | Deposition of Timothy Ash of Remprex, LLC |
| 3 | Deposition of Remy Diebes of Remprex, LLC |
| 4 | Master Agreement between Defendant and Remprex, LLC |
| 5 | Remprex, LLC Clerk Console Reference Manual |
| 6 | Deposition of Jim Pang of Defendant |
| 7 | Deposition of Scott Urban of Nascent, LLC |
| 8 | Deposition of Douglas Gruben of Defendant |
| 9 | Email Exhibit Demonstrating Intraorganizational "Change Order" System |
| 10 | AG System Daily Report for BNSF's Logistics Park Chicago Location |
| 11 | Declaration of Plaintiff's Expert Joseph Caruso |
| 12 | Email Exhibit Demonstrating Failed Centralization Effort |
| 13 | May 7, 2021 Expert Report of Global Digital Forensics, Plf's 26(a)(2) Expert |
| 14 | Defendant's 2017 Corporate Policy on Confidential Information |
| 15 | Deposition of Plaintiff Richard Rogers |
| 16 | Email Exhibit Wherein BNSF Requests and Receives Biometric Information |
| 17 | Email Exhibit Wherein Remprex asks BNSF to Disable AG System Biometrics |
| 18 | Weekly AG System Efficiency Report Sent to BNSF |
| 19 | RailPASS Application Slideshow for BNSF's Smartphone App. |
| 20 | Defendant's 2014 Corporate Policy on Confidential Information |
| 21 | Defendant's 2015 Corporate Policy on Confidential Information |
| 22 | Email Exhibit Wherein BNSF Director of Hub Operations Asks Remprex how Biometrics are Stored and Secured |

2

Dated: November 11, 2021    Respectfully submitted,

RICHARD ROGERS, individually and on behalf of a class of similarly situated individuals

By: /s/ David L. Gerbie
*One of Plaintiff's Attorneys*

Myles McGuire
Evan M. Meyers
David L. Gerbie
Brendan Duffner
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com
bduffner@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*