# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 11, 2022

Before
DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-8003 | IN RE: <br> BNSF RAILWAY COMPANY, <br> Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-03083 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 5, 2022, by counsel for the petitioner,

**IT IS ORDERED** that the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_Order_3J    (form ID: 177)