**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No. 1:19-cv-03083<br><br>Honorable Matthew F. Kennelly |

### ORDER ALLOWING COUNSEL TO BRING CERTAIN MATERIALS TO COURT

The Court hereby authorizes BNSF Railway Company's ("BNSF") counsel of record, with the Morgan, Lewis & Bockius LLP and Weil, Gotshal & Manges LLP law firms, to bring the following items into the Everett McKinley Dirksen United States Courthouse, Dirksen Federal Building, beginning on Monday, October 3, 2022 through Wednesday, October 12, 2022, in connection with the trial set to begin October 4, 2022. (*See* Dkt. No. 193.) Counsel of record is also authorized to remove said items once the trial is complete.

1. Cases of water (as needed).

2. Multiple bankers boxes of documents.

3. Multiple bankers boxes of miscellaneous computer accessories (e.g., mouse, keyboard, computer cords) and office supplies (e.g., pads of paper, Post-It notes, pens).

4. Multiple bankers boxes of miscellaneous food items (e.g., power and protein bars, packaged nuts and chewing gum).

5. Food items for lunch on each day of trial.

6. Multiple bankers boxes of materials (including computer accessories) needed by BNSF's vendor Magna Legal Services.

A courier from U.S. Messenger and/or an individual from Morgan, Lewis & Bockius LLP will deliver and remove these items.

Date: October 1, 2022

_____
Honorable Matthew F. Kennelly
U.S. District Judge

2