# EXHIBIT 2

```
 1   BY THE WITNESS:
 2       A.    Yes.
 3             MR. GERBIE:  Okay.  I would like to
 4       take a short break just to see if I have
 5       any other questions and review a few
 6       documents, so why don't we take 10 minutes.
 7       3:25.
 8             MS. HERRINGTON:  Okay.  3:25 is
 9       fine.
10                  (A short break was had.)
11             MR. GERBIE:  Mr. Burriss, at this
12       time, I don't have any other questions for
13       you.  I want to thank you so much for your
14       time today.
15             MS. HERRINGTON:  I just have a few
16       questions, just for a couple minutes.
17                     CROSS-EXAMINATION
18   BY MS. HERRINGTON:
19       Q.    Mr. Burriss, we talked a lot about
20   the AGS at some of BSNF's intermodal facilities
21   today.  Which company owns and operates the AGS
22   systems, REMPREX or BNSF?
23       A.    That would be REMPREX.
24       Q.    REMPREX operates the AGS both in
25   Illinois and outside of Illinois; is that
```

```
 1   right?
 2       A.   That's correct, about 7 different
 3   states that encompasses 13 of our facilities.
 4   Those facilities are our largest, so when we
 5   look at it, really, it covers 90 percent of our
 6   gate activity in terms of the process.
 7            So the REMPREX AGS process is in
 8   place and handles 90 percent of our gate
 9   transactions on an annual basis, which is, you
10   know, what's desired from our customers to have
11   standardized processes when they visit a BNSF
12   terminal.  And the facilities that don't have
13   are -- as mentioned, just from a scale
14   perspective, some are limited on the capability
15   to implement an AGS system similar to the
16   REMPREX model or another based on space
17   constraints.
18       Q.   AGS systems that REMPREX owns and
19   operates, are they generally operated the same?
20       A.   Yeah.  The process is the same for
21   REMPREX AGS; the layout may be different.  You
22   may have more or less portals or kiosks.  You
23   may have a different process as far as the --
24   what we call a dual portal that would allow
25   truckers to use the same portal for in-gate or
```

1  an out-gate transaction just based on space
2  constraints of the facility, but, yes, from
3  information required by the REMPREX system,
4  they are standard.
5     Q.   Does BNSF collect any type of finger
6  scan information or alleged biometrics from any
7  truckdrivers in Illinois?
8     A.   No, we do not.
9     Q.   Does BNSF obtain or capture any type
10 of finger scan information or alleged
11 biometrics from any truckdriver in Illinois?
12    A.   No, we do not.
13    Q.   To your knowledge, does BNSF possess
14 any type of finger scan information or alleged
15 biometrics from any truckdrivers in Illinois?
16    A.   No.
17    Q.   To your knowledge, since at least
18 2010 or earlier, has this been true?
19    A.   Yes.
20    Q.   And since the system started, to
21 your knowledge, has this been true?
22    A.   Yes.
23    Q.   Does BNSF have any access to the
24 finger scan information that REMPREX collects
25 or captures from truckdrivers in Illinois?

 1   it's delivered.
 2             So for our customers, it's very
 3   important to be aware of who delivered and who
 4   departed that unit from our facility and that
 5   we are making -- we are releasing that freight
 6   to the proper authorized driver so -- as well
 7   as just who was on our facilities.  So access
 8   to our facilities, who has visited, and what
 9   time frame they were on the facility is also
10   important to us and our customers in terms of
11   security.
12        Q.    Why is verifying the identity of a
13   truckdriver part of the AGS system that REMPREX
14   owns and operates?
15        A.    That's to replace the previous
16   manned version of verifying a driver's license,
17   so it was -- it was the program process that
18   REMPREX provided to identify -- accurately
19   identify drivers entering or exiting our
20   facility.
21        Q.    Is it your understanding that
22   REMPREX's use of the finger scan is for REMPREX
23   to verify the drivers' identity that arrives at
24   the intermodal facilities in Illinois?
25        A.    That's correct.

1    Q.   And that's done for security,
2    correct?
3    A.   Correct.
4         MS. HERRINGTON:  That's all I have.
5    Thank you.  Thanks, David.
6         MR. GERBIE:  We would like to take a
7    couple minutes to discuss, and I might have
8    just a couple follow-ups for Mr. Burriss.
9         MS. HERRINGTON:  Okay.
10        MR. GERBIE:  Okay.  So why don't we
11   say 3:37.
12             (A short break was had.)
13             REDIRECT EXAMINATION
14   BY MR. GERBIE:
15   Q.   Mr. Burriss, you just testified that
16   REMPREX owns the AGS systems at BNSF's
17   facilities in Illinois, correct?
18   A.   Correct.
19   Q.   What's your basis for that?
20   A.   My basis for that is just the
21   knowledge I have that we contracted for a gate
22   system through REMPREX, and through the
23   agreement with the third-party vendor, they
24   provided us this gate system to control the
25   access and egress to our facilities.  I'm not