# EXHIBIT 3

```
 1   QUESTIONS BY MR. GERBIE:
 2        Q.   Mr. Ash, what services do you perform
 3   for BNSF in Illinois?
 4        A.   The service is called intelligent gate
 5   operation.  It is a service in which we process
 6   trucks moving through their checkpoint.
 7        Q.   Moving through whose checkpoint?
 8        A.   BNSF Railway's checkpoint at four
 9   terminals.
10        Q.   Can you please identify those terminals?
11        A.   Cicero, Corwith, Willow Springs,
12   Logistics Park Chicago is the fourth.
13             These services are two categories.  It's
14   all wrapped under one, but it is a clerical-based
15   operations where we assist drivers, use what's
16   called an AGS, automated gate system, to come in
17   and out of the facility.  So that's the clerical
18   to assist the drivers and the base transaction
19   things to ensure information is correct.  Things
20   like what is the identification of the container?
21   What is hazardous placard material?  Assuring that
22   every single individual coming into the terminal,
23   we have positive validation for security purpose.
24             So that's what they do.
```

```
 1      Q.    Yes.
 2      A.    If -- they're asked to -- they're asked
 3    to put their fingerprint on the -- sorry.  They're
 4    asked to put their finger on the biometric reader
 5    to validate they are who they are, as if they are
 6    a registered driver.  If they are not a registered
 7    driver, it bypasses that step, because why ask a
 8    question that the system doesn't have data for?
 9          So I'll go down the scenario of it's a
10    registered driver, they put their finger on the
11    fingerprint scanner.  If it is a positive match,
12    they proceed to the next step.  If we have another
13    scenario like I mentioned with the glove --
14    because I've seen that myself -- then it will cue
15    to a clerk.  The clerk gets involved.  They
16    validate through the image that they are who they
17    should be.
18          So that is the driver identification
19    process.
20          Next step is --
21      Q.    Well, I want to stop you there and ask a
22    couple follow-up questions.
23      A.    Okay.
24      Q.    When you say if they're not a registered
```

```
 1    just so we have it to look at it before we start
 2    taking questions about it.
 3              MR. GERBIE:  Sure.
 4    QUESTIONS BY MR. GERBIE:
 5         Q.   Before we get to that document, Mr. Ash,
 6    I want to talk to you a little bit more about the
 7    information we just discussed related to the
 8    information that's stored locally at each
 9    facility.
10              My understanding is that at some point,
11    Remprex -- scratch that.
12              My understanding is that at some point,
13    there was an endeavor to create a central database
14    of all drivers who visited BNSF's facilities so
15    that they wouldn't have to register their
16    fingerprints at each individual BNSF facility that
17    they visited; is that correct?
18              MR. WILSON:  Objection to the form of
19    the question.
20              You may answer.
21         A.   Correct.
22    QUESTIONS BY MR. GERBIE:
23         Q.   Can you explain why?
24         A.   The reasoning behind that is when a new
```

```
 1   system is stood up, there are drivers that visit
 2   each terminal.  Not every driver, some drivers
 3   visit each terminal.  So the process would be
 4   to -- we talked about it before.  They go in, they
 5   go to the DAB and all that stuff.  But then when
 6   they go to a terminal down the street that is also
 7   a BNSF terminal, to expedite that process, we
 8   could bypass the registration bypass -- sorry --
 9   bypass the registration process and use that
10   original registration to positively confirm that a
11   driver is who he or she says they are.
12        Q.   Was Remprex able to successfully
13   implement a central biometrics database?
14             MR. WILSON:  Objection to the form of
15   the question.
16        A.   For what it's worth, it's a driver
17   registration database because it includes more
18   information than biometrics.  But, yes, you're
19   able to get into production a centralized system
20   for the registration process.
21   QUESTIONS BY MR. GERBIE:
22        Q.   Just a brief follow-up.
23             Is the drivers -- excuse me.
24             Is the driver registration database the
```