# EXHIBIT 4

```
 1        Q.   Did you purchase software to be used at
 2   the AGS systems in Illinois?
 3        A.   There's a software license that is --
 4   that is part of that agreement.  So we have a --
 5   sorry.
 6        Q.   Go ahead.
 7             MS. HERRINGTON:  Wait for a question,
 8   Carlos.  Have him ask a question.
 9             THE WITNESS:  I'm sorry.
10             MS. HERRINGTON:  Unless you wanted to
11   finish your answer.  Sorry.
12             THE WITNESS:  No.  I'm done.
13             MR. GERBIE:  Beth, I'd ask that you not
14   coach the witness.  Thank you.
15             MS. HERRINGTON:  Not coaching.  I
16   thought he was done with his answer.
17   QUESTIONS BY MR. GERBIE:
18        Q.   Mr. Reyes, it sounds like you're
19   familiar with the AGS system's use of biometrics;
20   is that right?
21        A.   I'm familiar with the -- generally how
22   it works, yes.  I'm familiar with the process.
23        Q.   Could you explain the process of how
24   that works?
25        A.   Yes.  So the -- when a driver comes to
```

 1   our facility, let's say for the first time, at an
 2   AGS location, they would come in to register --
 3   for registration, because the AGS system provides
 4   a heightened level of security and authentication
 5   for the person performing the transaction.  So
 6   they would -- they would come in and register by
 7   providing a current driver's license.  Their photo
 8   is taken at that time, and then they scan two
 9   fingers on a reader.  That is -- that records a
10   registration record.
11            Then, when they come into the facility
12   and enter into the kiosk area, they would type in
13   their ID, whatever their ID is that their company
14   records in a national database for truck drivers,
15   and select the company that they work for in the
16   kiosk, and then scan their finger on a finger
17   scanner at the kiosk.  And there's a match that is
18   performed or attempted to perform against the
19   registration to validate that driver.
20        Q.   Where -- strike that.
21            You said the drivers need to register
22   their fingerprints prior to using the kiosks at
23   the AGS systems; is that correct?
24            MS. HERRINGTON:  Objection to form.
25

```
 1        A.   Four intermodal facilities.
 2        Q.   Four intermodal facilities.
 3             And at each of those intermodal
 4   facilities, is there a driver assistance building?
 5        A.   Let's see here.  I believe so.  I have
 6   not been to Cicero.  I can't recall if Cicero has
 7   a separate driver assistance building.
 8             There are some cases where the driver
 9   assistance building or the driver assistance area
10   is in a common building.  Those are typically our
11   smaller facilities which are not any of the
12   Chicago locations, but each of the -- Willow
13   Springs, Corwith, and Logistics Park Chicago
14   would -- I would say would have had a driver
15   assistance building.
16             I know that in recent -- in the recent
17   years, Remprex has moved a big part of their
18   operations to a centrally located operating center
19   in Chicago where they are performing the driver
20   assistance remotely from that -- from that
21   building.
22             And there are -- there's still an area
23   where a driver would go outside the kiosk, the
24   transaction area, and walk up to a kiosk and
25   interact with the Remprex employee at that
```