# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Richard Rogers

                    Plaintiff,

v.                                               Case No.: 1:19−cv−03083

                                                        Honorable Matthew F. Kennelly

BNSF Railway Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to approve supersedeas bond and stay enforcement of the judgment [232] is granted. The Court is convinced, as defendant contends, that the bond contains an unconditional promise to pay the judgment in this case. Defendant's motion for permission to communicate with jurors [239] is denied. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.