# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Rogers

                        Plaintiff,

v.                                                     Case No.: 1:19−cv−03083
                                                        Honorable Matthew F. Kennelly

BNSF Railway Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to withdraw and substitute attorneys [262] is granted; attorneys Alborz Hassani; Elizabeth Brooke Herrington; Benjamin Kabe; Tinos Diamantatos; and Gregory Thomas Fouts are withdrawn as counsel for defendant. The case is set for an in−person status hearing on 8/22/2023 at 1:15 PM to discuss the filing of motions and proposed jury instructions and other matters relating to the damages retrial. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.