# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Rogers

                    Plaintiff,

v.                                            Case No.: 1:19−cv−03083
                                              Honorable Matthew F. Kennelly

BNSF Railway Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

    MINUTE entry before the Honorable Matthew F. Kennelly: Based on the parties' execution of a binding term sheet on 9/15/2023, the final pretrial conference and trial dates are hereby vacated. The parties' motions in limine [272] [273] are denied as moot. Motion for preliminary approval is to be filed by 10/20/2023. Telephonic hearing is set for 10/31/2023 at 9:15 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.