# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Rogers
                             Plaintiff,

v.                                                           Case No.: 1:19−cv−03083
                                                          Honorable Matthew F. Kennelly

BNSF Railway Company
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Further settlement conference held with attorneys for both sides. The Court proposed inclusion of an additional term in the parties' term sheet. Plaintiffs' counsel are to report back to the Court via e−mail by 10/10/2023 whether they agree to include that term. The Court will then report to defendant's counsel, who will have until 10/13/2023 to report back to the Court by e−mail. The Court will, at that point, modify the deadline for finalizing a settlement agreement and presenting a preliminary approval motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.