Richard Rogers

                              Plaintiff,

v.                                                          Case No.: 1:19–cv–03083
                                                            Honorable Matthew F. Kennelly

BNSF Railway Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court has received a response from plaintiffs' counsel to its proposal for an additional term for the parties' term sheet but needs to have a further discussion with plaintiffs 9; counsel for clarification purposes. The Court will conduct such a call as part of the ongoing settlement conference at a time to be arranged and will thereafter conduct a call with defendant's counsel. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.