# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Rogers

                Plaintiff,

v.                                         Case No.: 1:19−cv−03083
                                                      Honorable Matthew F. Kennelly

BNSF Railway Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly: At the joint request of the parties, the deadline for completing the settlement agreement is extended to 11/28/2023. The parties are directed to file a joint status report on 11/30/2023. A telephonic status hearing is set for 12/4/2023 at 8:40 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.