**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD ROGERS, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-03083 |
| v. | ) ) ) | Hon. Matthew F. Kennelly |
| BNSF RAILWAY COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Richard Rogers and Defendant BNSF Railway Company jointly submit the following status report per the Court's instruction on November 28, 2023.

1. Following the events outlined in the parties' last status report, the parties exchanged another round of drafts to the settlement agreement.

2. The parties had a call today during which they discussed the last few remaining items and are hopeful to come to agreement on all remaining terms before the hearing set for December 14, 2023.

Dated: December 11, 2023          Respectfully submitted,

/s/ David L. Gerbie_____          /s/ Bethany K. Biesenthal_____
Myles McGuire                            Michael J. Gray
Evan M. Meyers                           Efrat R. Schulman
David L. Gerbie                          Bethany K. Biesenthal
Brendan Duffner                          JONES DAY
MCGUIRE LAW, P.C.                         110 North Wacker Dr., Ste. 4800
55 West Wacker Drive, 9th Fl.            Chicago, Illinois 60606
Chicago, Illinois 60601                  Tel: (312) 782-3939
Tel: (312) 893-70002                     mjgray@jonesday.com

mmcuire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com
bduffner@mcgpc.com

Jon Loevy
Michael I. Kanovitz
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
jon@loevy.com
mike@loevy.com

*Counsel for Plaintiff*

eschulman@jonesday.com
bbiesenthal@jonesday.com

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/  Bethany K. Biesenthal _____