**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Richard Rogers
         Plaintiff,

v.                Case No.: 1:19−cv−03083
               Honorable Matthew F. Kennelly

BNSF Railway Company
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

  MINUTE entry before the Honorable Matthew F. Kennelly: Final approval hearing on proposed class settlement is set for 6/17/2024 at 2:00 PM. The Court understands that it will be participating via video conference in the final approval hearing being held in the related state court case at that date and time. A telephonic status hearing, primarily to discuss logistics, is set for 6/3/2024 at 8:50 AM. The following call−in number will be used: 650−479−3207, access code 980−394−33. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.